UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| SWIFT ENTERPRISES, L.L.C., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRUNORTH WARRANTY PLANS OF ) <br> NORTH AMERICA, LLC, 19TH ) <br> CAPITAL GROUP, LLC, and H19 ) <br> CAPITAL, LLC, ) <br> ) <br> Defendants. | Case No. 1:21-cv-00146-CEA-CHS |

## JOINT STATUS REPORT

Plaintiff Swift Enterprises, LLC ("Swift") and Defendant TruNorth Warranty Plans of North America, LLC ("TruNorth") jointly submit this status report to the Court pursuant to the Memorandum and Opinion Order entered by the Court on September 30, 2022 [Doc 89] and the Memorandum and Opinion Order denying Swift's Motion to Alter or Amend entered by the Court on December 15, 2022 [Doc 95]. Swift and TruNorth jointly report the following to the Court:

1. Following the entry of the Memorandum and Opinion Order denying Swift's Motion to Alter or Amend entered by the Court on December 15, 2022 [Doc 95], counsel for Swift contacted counsel for TruNorth to discuss and clarify procedures for the arbitration.

2. Counsel for TruNorth responded to counsel for Swift with its position as to the applicable procedures for the arbitration including preferences for the selection and number of arbitrators for the arbitration.

3. Swift filed its demand for arbitration with the American Arbitration Association on January 16, 2023 and provided copies of its arbitration demand and the accompanying documents to TruNorth's counsel.

4. Swift and TruNorth are awaiting acceptance of Swift's arbitration filing with the American Arbitration Association and anticipate then moving forward with the arbitration to include any determination of the arbitrator's jurisdiction over Swift's claims against TruNorth.

Jointly submitted January 17, 2023.

| | |
|---|---|
| **PATRICK, BEARD, SCHULMAN & JACOWAY, P.C.** | **WOMBLE BOND DICKINSON (US) LLP** |
| */s/ Lance W. Pope* <br> Lance W. Pope, BPR #025054 <br> lpope@pbsjlaw.com <br> Gary R. Patrick, BPR #01941 <br> gpatrick@pbsjlaw.com <br> 537 Market Street, Suite 300 <br> Chattanooga, TN 37402 <br> Telephone: (423) 756-7117 <br> ***Attorneys for Swift Enterprises, LLC*** | */s/ Nikole M. Crow* <br> Nikole M. Crow GA Bar # 0198359 <br> [Admitted EDTN April 17, 2009] <br> nikole.crow@wb-us.com <br> 271 17th Street, NW, Suite 2400 <br> Atlanta, GA 30363 <br> Telephone: (404) 962-7533 <br> ***Attorneys for TruNorth*** |

## CERTIFICATE OF SERVICE

  I hereby certify that, on January 17, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record via the Court's CM/ECF system.

              */s/ Lance W. Pope*
              Lance W. Pope