## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## CHATTANOOGA DIVISION

| | | |
|---|---|---|
| SWIFT ENTERPRISES, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cv-00146-CEA-CHS |
| | ) | |
| TRUNORTH WARRANTY PLANS OF | ) | |
| NORTH AMERICA, LLC, 19TH | ) | |
| CAPITAL GROUP, LLC, and H19 | ) | |
| CAPITAL, LLC, | ) | |
| | ) | |
| Defendants. | | |

## NOTICE OF VOLUNTARY DISMISSAL

Comes now Plaintiff, Swift Enterprises, LLC ("Swift") and hereby provides this notice of voluntary dismissal of all claims against all parties in the above-entitled and numbered case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). In furtherance thereof, Plaintiff states as follows:

1. Federal Rule of Civil Procedure 41(a)(1)(A) et seq. states in pertinent part that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

2. This right is subject to certain exceptions stated in Fed. R. Civ. P. 41(a)(1)(A) and Rules 23(e), 23.1(c), 23.2, and 66, however, none of the exceptions apply in this case.

3. No party to this action has filed an answer or a motion for summary judgment in this case.

Notice provided this the 1st day of February 2023.

Respectfully submitted,

**PATRICK, BEARD, SCHULMAN & JACOWAY, P.C.**

*/s/ Lance W. Pope*
Lance W. Pope, BPR #025054
lpope@pbsjlaw.com
Gary R. Patrick, BPR #01941
gpatrick@pbsjlaw.com
537 Market Street, Suite 300
Chattanooga, TN 37402
Telephone: (423) 756-7117
*Attorneys for Swift Enterprises, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 1, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record via the Court's CM/ECF system.

*/s/ Lance W. Pope*
Lance W. Pope